UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Derek Hopkins**　　　　　　　　　　　　　　　　　Docket No. 5:22-CR-219-1M

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Derek Hopkins, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on May 25, 2023, to the custody of the Bureau of Prisons for a term of 1 month. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Derek Hopkins was released from custody on June 16, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being housed in a Residential Reentry Center located in Fayetteville, North Carolina, and is due to be released on November 29, 2023. The defendant has had great difficulty in getting the proper identification needed to begin his job search, leaving him with no income and no housing outside of his current living situation. It is requested that his placement in the Residential Reentry Center be extended an additional 6 months, from the date he is scheduled to be released, to allow him additional time to secure employment and housing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a Residential Reentry Center for an additional period of up to 6 months or until he is gainfully employed and has an approved residence plan and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/ Mindy L. Threlkeld
　　　　　　　　　　　　　　　　　　　　Mindy L. Threlkeld
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2539
　　　　　　　　　　　　　　　　　　　　Executed On: August 25, 2023

William Derek Hopkins
Docket No. 5:22-CR-219-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 25th day of August, 2023, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge