UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Derrick Hopkins**　　　　　　　　　　　　　　　Docket No. 5:22-CR-219-1M

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Derrick Hopkins, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. §2250(a), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on May 25, 2023, to the custody of the Bureau of Prisons for a term of 1 month. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Derrick Hopkins was released from custody on June 16, 2023, at which time the term of supervised release commenced.

On July 13, 2023, the Court was notified that the defendant admitted to the illegal use of Suboxone. The defendant was verbally reprimanded for this conduct.

On August 25, 2023, the conditions of release were modified to include a six-month extension in the Residential Reentry Center, from the original date he was scheduled to be released, to assist the defendant in securing employment and housing.

On October 11, 2023, the Court was notified that the defendant admitted to the illegal use of Methamphetamines. The defendant was verbally reprimanded in addition to an increase in urinalysis testing and substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 3, 2023, the defendant reported for his scheduled polygraph and showed deception when asked about viewing child pornography, using an unauthorized internet capable device, and possessing a firearm. When questioned, the defendant denied any illegal conduct but did admit to viewing adult pornography on several internet capable devices. On January 4, 2023, a consent search was conducted of his cell phone. There was no evidence of pornography found on his internet capable device. As a result of his deceptive polygraph, the defendant will be scheduled for another polygraph examination within the next 90-days. Additionally, the defendant agreed to the addition of several special conditions to assist in monitoring his access to the internet.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

3. The defendant shall not enter adult bookstores, sex shops, clubs or bars with exotic or topless dancers, or massage parlors.

4. The defendant shall not use, possess, or control any computer-based counter forensic tools. The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes of any media. The defendant shall, upon request, immediately provide the U.S. Probation Officer with any and all passwords required to access data compressed or encrypted for storage by any software.

5. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer.

6. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

7. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2539
Executed On: January 4, 2024

William Derrick Hopkins
Docket No. 5:22-CR-219-1M
Petition For Action
Page 3

## ORDER OF THE COURT

Considered and ordered this 5th day of January, 2024, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge